# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**HELEN J. PROCTOR**                                                                       **PLAINTIFF**

v.                      **CASE NO. 2:20-CV-00154-BSM**

**DEPARTMENT OF AGRICULTURE**                                    **DEFENDANT**

## ORDER

Defendants Cheryl Ivy, Marris Harris, and Larry Kindle were dismissed for lack of service. Doc. No. 5. Although Helen Proctor subsequently provided certified mail receipts, indicating timely service, *see* Doc. No. 7, she only named the United States Department of Agriculture (USDA) in her amended complaint. *See* Doc. No. 8. The order dismissing Ivy, Harris, and Kindle stands.

IT IS SO ORDERED this 7th day of January, 2021.

                                                  /s/ Brian S. Miller
                                           UNITED STATES DISTRICT JUDGE