IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**HELEN J. PROCTOR**                                                     **PLAINTIFF**

**v.**                      **CASE NO. 2:20-CV-00154-BSM**

**DEPARTMENT OF AGRICULTURE**                              **DEFENDANT**

## ORDER

Helen J. Proctor's motion for summary judgment [Doc. No. 11] is denied without prejudice because it fails to comply with the Local Rules or Federal Rule of Civil Procedure 56, and "pro se litigants are not excused from compliance with relevant rules of the procedural and substantive law." *Schooley v. Kennedy*, 712 F.2d 372, 373 (8th Cir. 1983). *See* Doc. No. 2.

IT IS SO ORDERED this 10th day of June, 2021.

                                                            /s/ Brian S. Miller
                                            UNITED STATES DISTRICT JUDGE