IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**HELEN J. PROCTOR**                                                               **PLAINTIFF**

v.                     **CASE NO. 2:20-CV-00154-BSM**

**UNITED STATES DEPARTMENT
OF AGRICULTURE**                                                  **DEFENDANT**

## ORDER

Helen Proctor's motion for voluntary dismissal [Doc. No. 29] is granted pursuant to Federal Rule of Civil Procedure 41(a)(2), and this case is dismissed without prejudice. *See Metro. Fed. Bank of Iowa, F.S.B. v. W.R. Grace & Co.*, 999 F.2d 1257, 1263 (8th Cir. 1993) ("[w]hile a pending motion for summary judgment is a factor the court may take into account when considering whether to grant a motion for voluntary dismissal, it is not by itself dispositive"). The United States Department of Agriculture's motion for summary judgment [Doc. No. 21] is denied as moot.

IT IS SO ORDERED this 10th day of December, 2021.

                                                                                                         _____
                                                                                                 UNITED STATES DISTRICT JUDGE