IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**HELEN J. PROCTOR**                                                                                          **PLAINTIFF**

v.                               **CASE NO. 2:20-CV-00154-BSM**

**UNITED STATES DEPARTMENT
OF AGRICULTURE**                                                                                            **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 10th day of December, 2021.

_____
UNITED STATES DISTRICT JUDGE